FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2016 APR 19 PM 12:58
OFFICE OF THE CLERK

United States District Court Nebraska

Veronica Valentine,
V.
City of Omaha Chief of
Omaha Police, Schrader and
And unknown John Jane doe
Police

Case# 8:16CV174
1983 Civil Action
Bivins Action

In July of 2015 Omaha Police "jane"/John doe, Omaha Police broke into the house of 1915 Emmet street, Omaha, Nebraska, with a "bogus" search warrant, (Note, 40 or more years ago, the U.S., S. Ct., held/Ruled that no judge should could issue a search warrant based on a confidential-ANON;

1

Tipster, rat, as was done in the case at bar where Police defendants Physically search our vagina/Anus spread our "buttocks" for their said Janadoe defendants visual examination inspection bullying intimidating ordering humiliating degrading us/as is said.

Wherefore we pray court: (1) will declare names of Rats are essential or affidavit of rat or rat must appear Before Judge Magistrate and swear that Veronica Valentine or any one else did anything!

(2) We pray court will enjoin defendants, their successors in office, and all persons acting in concert with them from issuing said Bogus Warrants as is said supra.

2

(3) We want the Court to enjoin any prosecution of plaintiff arising as a result of any search perpetreated on Veronica Valentine as is said supra;

as a result of said July 2015 illegal search we was subsequently charged, indicted for possession of controlled substance and arrest at 1915 Emmet St Omaha Nebraska supra where I was assaulted and tased excessive force used. We pray 1 million dollars damages for excessive force arrest plus whatever

3

TAZED
TAS

else the court deems just and meet.

3-23-15      Veronica Valentine
             6112 Jaynes St
             Omaha Nebraska 68104
             (402) 608-4407

4